AURA BALDWIN, as Administratrix of the Estate of CHARLES H. WILTSIE, Deceased, v. L. R. POWELL, JR., et al., as Receivers of SEABOARD AIR LINE RAILWAY.— Motion for reargument, or for resettlement of the order of this court entered on the 21st day of April, 1944 [ante, p. 640], denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY (Series A-2). SAUL A. FINKEL, as Trustee; ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 951.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

FEDERAL WASTE PAPER CORPORATION et al. v. GARMENT CENTER CAPITOL, INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 973.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. BARCA REALTY CORPORATION; CLARA R. GERKEN et al.— Motion for leave to the Court of Appeals denied. [See ante, p. 955.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MILES LABORATORIES, INC., v. AMERICAN PHARMACEUTICAL CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 950.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MINNIE PARODIS et al. v. HEARN DEPARTMENT STORES, INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Stay granted pending the granting or final refusal of the Court of Appeals of leave to appeal upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. [See ante, p. 951.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

## (May 26, 1944.)

THOMAS W. LAMONT et al., Individually and as the International Committee of Bankers on Mexico, Respondents, v. TRAVELERS INSURANCE COMPANY et al., Respondents, and LOUIS S. OTTENHEIMER et al., Interveners, Defendants-Respondents. THE GOVERNMENT OF THE UNITED STATES OF MEXICO, Appearing Specially, Defendant-Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 773.]

ROSE ALEXANDER et al., Respondents, v. A. C. ANDERSON et al., Defendants, and BENDIX AVIATION CORPORATION et al., Defendants-Appellants.— Taking the complaint as a whole the factual allegations sufficiently state a cause of action. Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, on payment of said costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS TURNAS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EARL WELLS, an Infant, by CLEMENTINE WELLS, His Guardian ad Litem, et al., Appellants, v. MOTHERS FRIEND WET WASH LAUNDRY CO., INC., Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 849.]